UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTT MOWERY,                )<br>                                           )<br>            Plaintiff,             )<br>                                           )<br>      v.                               )<br>                                           )  Case No.  2:18-cv-00301-JVB-APR<br>UNUM LIFE INSURANCE COMPANY   )<br>OF AMERICA and COCA-COLA    )<br>COMPANY BENEFITS COMMITTEE,  )<br>                                           )<br>            Defendants.         ) | |

**JOINT NOTICE OF DISMISSAL PURSUANT TO 41(a)(1)(A)
AS TO DEFENDANT COCA-COLA COMPANY BENEFITS COMMITTEE ONLY**

Come now Plaintiff, Scott Mowery, by counsel, and Defendants, Unum Life Insurance Company of America and Coca-Cola Company Benefits Committee, by counsel, and hereby notify the Court of the dismissal of Defendant Coca-Cola Company Benefits Committee only, without prejudice. This matter shall remain pending against Defendant Unum Life Insurance Company of America.

| | |
|---|---|
| */s/ Nicholas T. Lavella (w/consent)*<br>Nicholas T. Lavella, #29337-49<br>KELLER & KELLER<br>2850 N. Meridian St.<br>Indianapolis, IN 46208<br>Ph.: (317) 926-1111<br>Fax: (317) 926-1411<br>nlavella@2keller.com<br>ATTORNEYS FOR PLAINTIFF | */s/ Mark E. Schmidtke*<br>Mark E. Schmidtke, #1733-45<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>56 S. Washington St., Suite 302<br>Valparaiso, IN 46383<br>Ph.: (219) 242-8668<br>Fax: (219) 242-8669<br>mark.schmidtke@ogletree.com<br>ATTORNEYS FOR DEFENDANT |

2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing *JOINT NOTICE OF DISMISSAL PURSUANT TO 41(a)(1)(A) AS TO DEFENDANT COCA-COLA COMPANY BENEFITS COMMITTEE ONLY* was filed electronically on August 30, 2018 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

>Nicholas Lavella
>nlavella@2keller.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *JOINT NOTICE OF DISMISSAL PURSUANT TO 41(a)(1)(A) AS TO DEFENDANT COCA-COLA COMPANY BENEFITS COMMITTEE ONLY* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

>NONE

>*s/ Mark E. Schmidtke*
>Mark E. Schmidtke

35424226.1