# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| SCOTT MOWERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 2:18-CV-301  JVB |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and COCA-COLA COMPANY BENEFITS COMMITTEE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to the parties' joint notice of dismissal (DE 8), under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Coca-Cola Company Benefits Committee is **DISMISSED** as a party to this action, without prejudice.  The action remains pending against Unum Life Insurance Company of America.

SO ORDERED on August 31, 2018.

 s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge