UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTT MOWERY, | ) |
|     Plaintiff/Counterdefendant, | ) ) ) |
| v. | ) ) Case No. 2:18-cv-00301-JVB-APR |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
|     Defendant/Counterclaimant. | ) ) |

## **STIPULATION OF DISMISSAL**

Plaintiff/Counterdefendant, Scott Mowery, by counsel, and Defendant/Counterclaimant, Unum Life Insurance Company of America ("Unum Life"), by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  May 28, 2019.

| | |
|---|---|
| */s/ Nicholas T. Lavella (w/consent)*<br>Nicholas T. Lavella, #29337-49<br>KELLER & KELLER<br>2850 N. Meridian St.<br>Indianapolis, IN 46208<br>Ph.: (317) 926-1111<br>Fax: (317) 926-1411<br>nlavella@2keller.com<br><br>ATTORNEYS FOR PLAINTIFF | */s/ Mark E. Schmidtke*<br>Mark E. Schmidtke, #1733-45<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>56 S. Washington St., Suite 302<br>Valparaiso, IN 46383<br>Ph.: (219) 242-8668<br>Fax: (219) 242-8669<br>mark.schmidtke@ogletree.com<br>ATTORNEYS FOR DEFENDANT |

38304833.1